Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA;<br><br>Plaintiffs,<br><br>v.<br><br>COOPER CRANE & RIGGING, INC., *dba* ASSOCIATED DOCK ENTERPRISES, INC.; and *dba* WESTERN DOCK ENTERPRISES, California Corporations,<br><br>Defendants. | Case No.: C11-2866 JSW<br><br>**REQUEST TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE; PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON**<br><br>Date: September 23, 2011<br>Time: 1:30 p.m.<br>Ctrm: 11, 19th Floor<br>Judge: The Honorable Jeffrey S. White |

Plaintiffs herein respectfully submit their Case Management Statement, requesting that the Case Management Conference, currently on calendar for September 23, 2011, be vacated, or in the alternative be continued to coincide with the date set for the Motion.

1. As the Court's records will reflect, a Complaint was filed in this matter on June 10, 2011, to compel Defendants' compliance with their obligations under the Collective Bargaining Agreements to which they are signatory.

2. Service on Defendants was effectuated on June 14, 2011, and a Proof of Service of Summons was filed with the Court on June 21, 2011.

-1-
**REQUEST TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C11-2866 JSW**

3. On July 21, 2011, the Court entered the default of Defendants.

4. On August 26, 2011, Plaintiffs filed a Motion for Default Judgment with supporting Declarations.

5. On August 29, 2011, Plaintiffs' Motion for Default Judgment was referred to Magistrate Judge Laurel Beeler for Report and Recommendation.

6. There are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for September 23, 2011, be vacated, or in the alternative be continued to coincide with the date set for the Motion.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 13th day of September, 2011, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:  /S/Michele R. Stafford
     Michele R. Stafford
     Attorneys for Plaintiffs


ORDER

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby vacated.

~~or~~

~~Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to _____. All related deadlines are extended accordingly.~~

Date: September 14, 2011                    _____
                                            THE HONORABLE JEFFREY S. WHITE
                                            UNITED STATES DISTRICT COURT